FRANKLIN NATIONAL BANK OF
MINNEAPOLIS, Appellant,

v.

ST. PAUL FIRE & MARINE INSUR-
ANCE COMPANY, Respondent.

No. 48208.

Supreme Court of Minnesota.

June 2, 1978.

Share, Evidon & Weisberg and Steven H. Graybow, Minneapolis, for appellant.

Meagher, Geer, Markham, Anderson, Adamson, Flaskamp & Brennan and R. D. Blanchard, Minneapolis, for respondent.

Heard before SHERAN, C. J., and RO-GOSHESKE and WAHL, JJ., and considered and decided by the court en banc.

SHERAN, Chief Justice.

Appeal from a judgment of the district court entered pursuant to its order granting defendant's motion for summary judgment. We affirm.

The question for decision is whether a loss sustained when Eugene R. Anderson defaulted upon loans secured from plaintiff, Franklin National Bank of Minneapolis, is covered by a policy of insurance issued by defendant, St. Paul Fire & Marine Insurance Company. The policy obligates defendant to indemnify plaintiff for loss occurring through "common-law or statutory larceny * * * theft, false pretenses * * * or credit extended on the faith of written instruments which were "counterfeited or forged." A provision excludes "(c) Loss resulting from the complete or partial nonpayment of, or default upon, (1) any loan or transaction in the nature of, or amounting to, a loan made or obtained from the Insured, or (2) any note, account, agreement or other evidence of debt * * * acquired by, the Insured whether procured in good faith or through trick, artifice, fraud or false pretenses * * *."

The determination of the trial court that the exclusionary provision applies notwith-

standing the borrower's subjective intent not to repay at the time the loan was made is in conformity with law. See, *Bank Southwest v. National Surety Co.*, 477 F.2d 73 (5 Cir. 1973); *Maryland Casualty Co. v. State Bank & Trust Co.*, 425 F.2d 979 (5 Cir. 1970); *Twin City Fed. Sav. & Loan Assn. v. Transamerica Ins. Co.*, 413 F.2d 494 (8 Cir. 1969); *Community Fed. Sav. & L. Ass'n. v. General Casualty Co.*, 274 F.2d 620 (8 Cir. 1960); *Racine County Nat. Bank v. Aetna Casualty & Sur. Co.*, 56 Wis.2d 830, 203 N.W.2d 145 (1973).

Affirmed.

OTIS, J., took no part in the consideration or decision of this case.